United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCIA GONZALEZ, | CASE NO. 5:12-cv-02464 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| AMERICAN WHOLESALE LENDER, et. al., | |
| Defendant(s). | |

On September 4, 2012, the court ordered Plaintiff to show cause in writing by September 25, 2012, why she failed to serve the summons and complaint on consistent with Federal Rule of Civil Procedure 4(m).  See Docket Item No. 10.  The court admonished Plaintiff that this action would be dismissed should she fail to show good cause or accomplish service.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE.  The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 27, 2012

EDWARD J. DAVILA
United States District Judge